PEOPLE v MICHAEL BUTLER, No. 151499; Court of Appeals No. 325650. Pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we vacate the sentence of the Berrien Circuit Court and we remand this case to the trial court for resentencing. According to the Presentence Investigation Report and the sentencing transcript, the defendant was assessed 25 points on Offense Variable (OV) 13, MCL 777.43, based on out-of-state charges or accusations, but the record provides no facts in support of the score. Before any such alleged crimes may be used to score OV 13, the prosecution must prove by a preponderance of the evidence that the crimes actually took place, that the defendant committed them, that they are properly classified as felony "crimes against a person," MCL 777.43(1)(c), and that they occurred "within a 5-year period" of the sentencing offense, MCL 777.43(2)(a). See *People v Hardy*, 494 Mich 430 (2013).

*Leave to Appeal Granted July 1, 2015:*

INNOVATION VENTURES, LLC v LIQUID MANUFACTURING, LLC, No. 150591; Court of Appeals No. 315519. The parties shall include among the issues to be briefed whether the Nondisclosure Agreement and Equipment Manufacturing Agreement are void due to failure of consideration, and whether the non-compete provisions in the Termination Agreement and the Nondisclosure Agreement are enforceable.

PEOPLE v RADANDT, No. 150906; Court of Appeals No. 314337. The parties shall include among the issues to be briefed: (1) whether the police officers unlawfully expanded a "knock and talk" procedure by entering the defendant's back yard and walking onto a wooden deck, which was attached to the home, see *Florida v Jardines*, 569 US 1; 133 S Ct 1409; 185 L Ed 2d 495 (2013); and (2) if a constitutional violation occurred, whether the good-faith exception to the exclusionary rule applies under the facts of this case. See *United States v Leon*, 468 US 897; 104 S Ct 3405; 82 L Ed 2d 677 (1984).

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

*Leave to Appeal Denied July 1, 2015:*